FILED
Clerk
District Court

DEC - 8 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT
FOR THE
NORTHERN MARIANA ISLANDS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 00-00032 |
| | ) | |
| Plaintiff, | ) | |
| -v- | ) | NOTICE OF DESTRUCTION |
| | ) | OF EXHIBITS |
| LEO S. PANGELINAN, et al., | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Notice having been issued by the Clerk of Court to the attorneys of record to withdraw their exhibits filed with the court, and

The attorneys of record having failed to withdraw such exhibits within 40 days allowed by LR 79.1.

The Clerk of Court or his designated deputy clerks have heretofore destroyed the exhibits enumerated in the attached Exhibit List in a manner the clerk saw fit.

Dated this _8th_ day of _Dec.,_____, 2005.

Galo L. Perez, Clerk of Court

By: _____
Chief Deputy Clerk

AO 187

# EXHIBIT AND WITNESS LIST

| CR-00-00032 | | | | | District Court NORTHERN MARIANA ISLANDS |
|---|---|---|---|---|---|
| vernment's Counsel: John Rice | | Defendant's Counsel: Joseph Arriola | | | Docket Number: CR-00-00032 Hearing Date(s): March 19 - 21, 2001 |
| Presiding Judge: Hon. Alex R. Munson | | Court Reporters: Faye Crozat and Sanae N. Shmull | | | Courtroom Deputy K. Lynn Lemieux |

| Gov. NO. | Deft.. NO. | DATE OFFERED | Marked | Admitted | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| W1 | | | | 03/19/01 | Witness: ISMAEL AGUON, DEA Agent |
| 25 | | 03/19/01 | 03/19/01 | 03/19/01 | Photo of Leo S. Pangelinan's House |
| 2 | | 03/19/01 | 03/19/01 | 03/20/01 | Tape of Conversation between CS and Deft on Oct. 5, 2000 |
| 2T | | 03/19/01 | 03/19/01 | Replaced | Transcript of Conversation between CS and Deft on Oct. 5, 2000 |
| 1 | | 03/19/01 | 03/19/01 | 03/21/01 | "Ice" distributed by Deft on October 5, 2000 |
| 3 | | 03/19/01 | 03/19/01 | 03/21/01 | "Ice" distributed by Defendant on Oct. 13, 2000 |
| 4 | | 03/19/01 | 03/19/01 | 03/20/01 | Tape of conversation between CS and Deft on October 13, 2000 |
| 4T | | 03/19/01 | 03/19/01 | Replaced | Transcript of conversation between CS and Deft. on October 13, 2000 |
| 5 | | 03/19/01 | 03/19/01 | 03/21/01 | Ziplock bags with "ice" residue found in deft's bedroom |
| 8 | | 03/19/01 | 03/19/01 | 03/20/01 | Clear plastic container with numerous cut-off straws and two Q-tips |
| 9 | | 03/19/01 | 03/19/01 | 03/20/01 | Two Cut-off Straws sealed on one end; tube spoon; light bulb with glass pipe |
| 10 | | 03/19/01 | 03/19/01 | 03/20/01 | Numerous plastic straws still in paper wrappers |
| 13 | | 03/19/01 | 03/19/01 | 03/20/01 | Four syringes |
| 15 | | 03/19/01 | 03/19/01 | 03/20/01 | Dynasty Matchbox |
| 17 | | 03/19/01 | 03/19/01 | 03/21/01 | Cocaine found in matchbox in Sonya Belyeu's pocket |
| 14 | | 03/19/01 | 03/19/01 | 03/20/01 | Address book found in defts bedroom |
| 18 | | 03/19/01 | 03/19/01 | 03/20/01 | Four $50.00 bills used to purchase "ice" |
| 6 | | 03/19/01 | 03/19/01 | 03/20/01 | 2000 Calendar Book |
| 12 | | 03/19/01 | 03/19/01 | 03/20/01 | Drug ledger on white paper |
| 11 | | 03/19/01 | 03/19/01 | 03/20/01 | Drug ledger on Tinian Dynasty Note Paper |
| 26 | | 03/19/01 | 03/19/01 | | DEA Report of serial numbers |
| 2T | | 03/20/01 | 03/20/01 | 03/20/01 | (Replacement copy) of transcript of conversation between CS and Deft on Oct. 5, 2000 |
| 4T | | 03/20/01 | 03/20/01 | 03/20/01 | (Replacement copy) of transcript of conversation between CS and Deft on Oct. 13, 2000 |
| 7 | | 03/20/01 | 03/20/01 | 03/20/01 | Glass vial with dropper; needle; straw |
| W2 | | | | 03/20/01 | Witness: RAYMOND RENGULL, DEA Task Force Agent |
| 16 | | 03/20/01 | 03/20/01 | 03/21/01 | "Ice" found in Sonya Belyeu's pocket |
| 21 | | 03/20/01 | 03/20/01 | 03/21/01 | Laboratory Receipt and report of Trial Ex. 16 and 17 |
| 22 | | 03/20/01 | 03/20/01 | 03/21/01 | Laboratory Receipt and Report for Trial Ex. 5 |
| W3 | | | | 03/20/01 | Witness: VICENTE ALDAN SABLAN |
| 27 | | 03/20/01 | 03/20/01 | 03/20/01 | Statement of DPS/CI given to TFA Frank S. Quitugua on 10/05/00 |
| 28 | | 03/20/01 | 03/20/01 | 03/20/01 | Statement of DPS/CI given to TFA Frank S. Quitugua on 10/13/00 |
| W4 | | | | 03/21/01 | Witness: Sonya Pangelinan |
| 23 | | 03/21/01 | 03/21/01 | 03/21/01 | Accounting of drug sales on Tinian Dynasty Notepaper |

33

| CR-00-00032 | | | | | District Court NORTHERN MARIANA ISLANDS |
|---|---|---|---|---|---|
| Government's Counsel: .hn Rice | | | Defendant's Counsel: Joseph Arriola | | Docket Number: CR-00-00032 Hearing Date(s): March 19 - 21, 2001 |
| Presiding Judge: Hon. Alex R. Munson | | | Court Reporters: Faye Crozat and Sanae N. Shmull | | Courtroom Deputy: K. Lynn Lemieux |

| Gov. NO. | Deft.. NO. | DATE OFFERED | Marked | Admitted | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 24 | | 03/21/01 | 03/21/01 | 03/21/01 | Sonya's Plea Agreement |
| W5 | | | | 03/21/01 | Witness: Frank Quitugua |
| W6 | | | | 03/21/01 | Witness: Harry Skinner |
| 19 | | 03/21/01 | 03/21/01 | 03/21/01 | Report from Forensic Lab prepared on 10-05-00 |
| 20 | | 03/21/01 | 03/21/01 | 03/21/01 | Report from Forensic Lab prepared on 10/16/00 |
| Stip. | | 03/21/01 | 03/21/01 | 03/21/01 | Stipulated Testimony of the Parties |